MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

Heather M. Melton (CABN 260870)
Special Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: heather.melton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> ERNEST ORTEGA, <br>     Defendant. | No. 11-71374 MAG <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM DECEMBER 15, 2011 TO JANUARY 26, 2012 |

The parties request and stipulate that, pursuant to Federal Rule of Criminal Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c), be tolled and waived from December 15, 2011 to January 26, 2012. The parties agree that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension. Defendant also agrees to toll and to waive for this period of time any time limits applicable under Title 18, United States Code, Section 3161, for the effective preparation of both parties.

//
//
//
//

STIP. AND PROP. ORDER RE: TIME EXCLUSIONS
11-71374 MAG

1  Undersigned defense counsel represents that he has spoken with his client, Mr. Ortega
2  and that Mr. Ortega agrees to the continuance and to time being tolled and waived as requested.
3  **IT IS SO STIPULATED**.

4  DATED: January 13, 2012               Respectfully submitted,

                                          MELINDA HAAG
                                          United States Attorney


                                          By    /s/
                                          HEATHER M. MELTON
                                          Special Assistant U.S. Attorney


10 DATED: January 13, 2012               BARRY PORTMAN
                                          Federal Public Defender



                                          By    /s/
                                          STEVEN KALAR
                                          Attorney for Defendant ORTEGA


**IT IS SO ORDERED.**

DATED: January 23, 2012

                                          HON. ELIZABETH D. LAPORTE
                                          United States Magistrate Judge

STIP. AND PROP. ORDER RE: TIME EXCLUSIONS
11-71374 MAG